IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| A. PAUL DE LA PAZ, #A-91171,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | CIVIL NO. 09-cv-623-DRH |
| ) | |
| DERWIN LEE RYKER, et al.,  ) | |
| ) | |
| Defendants.  ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed on the merits. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

March 11, 2010                         By:  /s/   DavidRHerndon
*Date*                                              *Chief Judge*